UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| GAYLE REYNOSO, ) <br> ) <br>          Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> KILOLO KIJAKAZI, Acting Commissioner of ) <br> Social Security, ) <br>          Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br><br> **CASE NO. 5:20-CV-555-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 30]. In sum, the court GRANTS plaintiff's motion for judgment on the pleadings [D.E. 20], DENIES defendant's motion for judgment on the pleadings [D.E. 25], and REMANDS the action to the Commissioner.

**This Judgment Filed and Entered on March 14, 2022, and Copies To:**
| | |
|---|---|
| George C. Piemonte | (via CM/ECF electronic notification) |
| Mark J. Goldenberg | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE: <br> March 14, 2022 | PETER A. MOORE, JR., CLERK <br> (By) /s/ Nicole Sellers <br> Deputy Clerk |